UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Pamela J. Short v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No. 12-cv-10017-DRH

*Shauna Wimer, et al. v. Bayer Corporation, et al.*   No. 10-cv-20201-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 19, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sara Jennings*
     **Deputy Clerk**

**Dated:** March 20, 2014

Digitally signed by
David R. Herndon
Date: 2014.03.20
06:08:06 -05'00'

**APPROVED:**
   **CHIEF JUDGE**
   **U. S. DISTRICT COURT**